BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2821
Facsimile:  (916) 554-2900
Email: edward.olsen@usdoj.gov

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIANNE K. SILVA,<br><br>              Plaintiff,<br><br>       v.<br><br>UNITED STATES OF AMERICA,<br><br>              Defendant. | CASE NO.  2:12-CV-01785-LKK-KJN<br><br>**STIPULATION AND ORDER TO EXTEND DATE OF THE INITIAL SCHEDULING CONFERENCE** |

Plaintiff, by and through her attorneys of record, and Defendant, by and through its attorneys of record, hereby stipulate, subject to approval by the Court, to extend the date of the Initial Scheduling Conference from September 24, 2012, to November 5, 2012, at 3:00 p.m.  The parties submit this stipulation in light of the fact that the Defendant was served with the Complaint on August 14, 2012, and its Answer is not due until October 15, 2012.

//

//

//

//

//

STIPULATION TO EXTEND INITIAL
SCHEDULING CONFERENCE

DATED:   September 6, 2012

BENJAMIN B. WAGNER
United States Attorney

*/s/ Edward A. Olsen*
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for the United States of America

DATED:   September 6, 2012

*/s/ Khaldoun A. Baghdadi*
Khaldoun A. Baghdadi
WALKUP, MELODIA, KELLY & SCHOENBERGER
Attorneys for Plaintiff

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: September 7, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION TO EXTEND INITIAL
SCHEDULING CONFERENCE                                    -2-