LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

KHALDOUN A. BAGHDADI (State Bar #190111)
SARA M. PETERS (State Bar #260610)
**ATTORNEYS FOR PLAINTIFF**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTIANNE K. SILVA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Defendant. | Case No.  12-cv-01785-LKK-KJN<br><br>**ORDER GRANTING MOTION TO BE RELIEVED AS COUNSEL**<br><br>Date:  February 25, 2013<br>Time:  10:00 a.m.<br>Ct Rm: 4; 15th Floor |

　　　　This matter came on regularly for hearing on February 25, 2013, at 10:00 a.m., before the Honorable Lawrence K. Karlton in Courtroom 4. Sara M. Peters appeared on behalf of the Law Offices of Walkup, Melodia, Kelly & Schoenberger, and Edward A. Olsen appeared on behalf of the United States of America. Plaintiff did not appear.

　　　　Counsel for plaintiff has moved to withdraw as counsel on the ground that communication has broken down making it unreasonably difficult for counsel to represent Plaintiff effectively in this action.

　　　　Based upon the submitted papers, the arguments of counsel, and for good cause appearing,

　　　　IT IS HEREBY ORDERED that the Law Offices of Walkup, Melodia, Kelly & Schoenberger's Motion to be Relieved as Counsel is granted.

　　　　The Court ORDERS Counsel to file, by March 11, 2013, a declaration and proof of service

ORDER GRANTING MOTION TO BE RELIEVED AS COUNSEL

establishing that Counsel has served on Plaintiff the following: (1) A copy of this Order; (2) Notice of Motion and Motion to be Relieved as Counsel; (3) Declaration of Sara M. Peters in Support of Motion to be Relieved as Counsel; (4) the Federal Legal Assistance Self-Help Information Sheet; and (5) the procedures for registering with the Court's electronic court filing (ECF) system. In addition, Counsel must provide the Court with Plaintiff's current residential address and telephone number by March 11, 2013.

A Status Conference is SET for June 24, 2013 at 1:30 PM, before Judge Karlton in chambers. The parties shall file and serve their status reports fourteen (14) days prior to this date.

IT IS SO ORDERED.

DATED: February 25, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
ORDER GRANTING MOTION TO BE RELIEVED AS COUNSEL