UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CRISTIANNE K. SILVA,

        Plaintiff,

  v.

UNITED STATES OF AMERICA,

        Defendant.
_____/

NO. CIV. S-12-1785 LKK/KJN

O R D E R

The plaintiff in the above-captioned case is now proceeding <u>in propria persona</u>. Accordingly, pursuant to Local Rule 302(c)(21), this matter is REFERRED to the assigned magistrate judge for all further pretrial proceedings. Henceforth, the caption on documents filed in this case shall be known as "12cv1785 LKK KJN PS."

All dates heretofore set before the undersigned are **VACATED**.

IT IS SO ORDERED.

DATED: March 20, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT