UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTIANNE K. SILVA, | No. 2:12-cv-1785-LKK-KJN-PS |
| Plaintiff, | |
| v. | ORDER AND ORDER TO SHOW CAUSE |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Plaintiff Cristianne K. Silva ("plaintiff") is proceeding without counsel in this action.[1] On September 29, 2013, defendant the United States of America ("defendant") filed a Motion to Dismiss For Failure to Cooperate In Discovery And Failure To Prosecute (ECF No. 33), and set the motion to be heard on October 31, 2013.  Due to the court's unavailability on that date, on its own motion the court reset the matter to be heard on November 7, 2013. (ECF No. 34.)  As a result, plaintiff's written opposition or statement of non-opposition was due on or before October 24, 2013. E.D. Cal. L.R. 230(c).  No opposition or statement of non-opposition was timely filed.

This is not the first time plaintiff has failed to timely complete a filing in this case, and plaintiff has previously been warned of the consequences of failing to comply with court rules

---

[1] This case proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1), as well as a referral order issued on March 22, 2013 (ECF No. 20).

1

1   and deadlines.  For example, when plaintiff failed to file an opposition to defendant's previous
2   motion to dismiss (ECF No. 21), the court warned plaintiff that her failure to timely oppose the
3   motion would result in a recommendation of dismissal, gave plaintiff an extension to oppose the
4   motion and to show cause why she should not be sanctioned, and continued the hearing.  (ECF
5   No. 24.)  Plaintiff filed a written opposition by the extended deadline, but she failed to appear at
6   the hearing.  (ECF Nos. 25, 29.)

7   The court again ordered plaintiff to show cause why she should not be sanctioned.  (ECF
8   No. 30.)  Plaintiff ultimately informed the court that she was "under the false impression that
9   [she] was not required to show up" at the hearing on June 20, 2013.  (ECF No. 31.)  The court
10  discharged the order to show cause given plaintiff's pro se status, and gave plaintiff 60 days to
11  seek to secure legal counsel and to produce her initial disclosures.  (ECF No. 32.)  However, the
12  undersigned explicitly warned plaintiff that, "regardless of her difficulties understanding the
13  rules, in the future she will not receive the same leeway the undersigned has given her in this
14  instance."  (ECF No. 32 at 3.)  "While the undersigned appreciates plaintiff's trying medical
15  circumstances, such circumstances must not become a regularly-invoked excuse for failure(s) to
16  timely comply with court orders and rules.  The undersigned is encouraged by plaintiff's timely
17  compliance with the [order to show cause], which itself demonstrates plaintiff's ability to timely
18  comply with court orders and rules despite her medical difficulties.  The undersigned expects
19  such timely compliance in the future."  (Id. at 4.)  Further, plaintiff was warned that if she again
20  "fails to provide timely compliance with all court orders and rules, she will face monetary and/or
21  other sanctions."  (Id.)

22  Upon completion of plaintiff's 60-day period to seek counsel and serve her initial
23  disclosures, defendant filed the pending Motion to Dismiss, which challenges the sufficiency of
24  plaintiff's purported "initial disclosures."  (ECF No. 33.)  As stated above, plaintiff has not timely
25  filed an opposition or statement of non-opposition to the pending motion.
26  ////
27  ////
28  ////

In light of the foregoing, IT IS HEREBY ORDERED THAT:

1. Plaintiff is hereby ordered to *personally appear* at the hearing set for **Thursday, November 7, 2013, at 10:00 a.m. in Courtroom 25.**

2. When she appears at the hearing on November 7, 2013, plaintiff should be prepared to address her failure to timely file a written opposition or statement of non-opposition to the pending Motion to Dismiss (ECF No. 33).

3. When she appears at the hearing on November 7, 2013, plaintiff should be prepared to give an explanation showing cause why she should not be sanctioned — monetarily and/or by way of a recommendation that her case be dismissed — for once again failing to timely file an opposition or statement of non-opposition to a pending motion.

4. When she appears at the hearing on November 7, 2013, plaintiff should be prepared to address the arguments made in defendant's pending Motion to Dismiss (ECF No. 33), including but not limited to arguments about the sufficiency of her initial disclosures.

5. ***Should plaintiff fail to personally appear at the hearing on Thursday, November 7, 2013, at 10:00 a.m. in Courtroom 25, plaintiff will face monetary and/or other sanctions, potentially including a recommendation that this case be dismissed.***

IT IS SO ORDERED.

Dated: October 29, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3